**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1246**

_____

WILLIAM GROSS,

            Plaintiff - Appellant,

      v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Stephanie A. Gallagher, Magistrate Judge.   (1:10-cv-02416-SAG)

_____

Submitted:  July 19, 2013            Decided:  July 31, 2013

_____

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Elliott Andalman, ANDALMAN & FLYNN, P.C., Silver Spring, Maryland, for Appellant.   Rod J. Rosenstein, United States Attorney, Alex S. Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Gross appeals the magistrate judge's order affirming the Commissioner's decision to deny Gross supplemental security income under the Social Security Act.[*] We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2006); Johnson v. Barnhart, 434 F.3d 650, 653 (4th Cir. 2005) (per curiam). Having thoroughly reviewed the parties' briefs, the administrative record, and the materials submitted in the joint appendix, we find no reversible error. Accordingly, we affirm. See Gross v. Astrue, No. 1:10-cv-02416-SAG (D. Md. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

[*] The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2006).

2